# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 8, 2015

Clerk
Court of Appeals of Texas, First District
301 Fannin Street
Houston, TX  77002-2066

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN 11 2015

CHRISTOPHER A. PRINE

CLERK _____

Re:  Jared Len Cruse
     v. Texas
     No. 14-9232
     (Your No. 01-13-00077-CR)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk